JADA
JMJ 7094

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Juan GARCIA,<br><br>Defendant. | Magistrate Docket No. 26mj6186<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about October 14, 2026, within the Southern District of California, defendant Juan GARCIA, knowing or in reckless disregard of the fact that certain aliens, namely Jose De Jesus LARA Valdez and Victor Daniel SALAS Cueto, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 15, 2026.

Michael S. Berg
HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Juan GARCIA**

## PROBABLE CAUSE STATEMENT

The complainant states that Jose De Jesus Lara Valdez and Victor Daniel Salas Cueto, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 14, 2026, Border Patrol Agents N. Semerdjian and E. Fernandez were conducting assigned duties in the Boulevard Border Patrol Station's area of operations. Agent Semerdjian was operating a marked agency vehicle and Agent Fernandez was operating an unmarked agency vehicle.

On this day, there were reports of multiple illegal aliens who had crossed the International Boundary Fence (IBF) in the town of Jacumba, California hours earlier who had yet to be apprehended. Jacumba is a town that borders Boulevard on its eastern border located approximately 25 miles east of the Tecate Port of Entry in rural eastern San Diego County. It has a population of approximately 600 residents with parts of the Old Highway 80 being less than 100 yards from the U.S./Mexico IBF. Interstate 8 (I-8) is less than a mile north of the border, which creates a quick egress route for alien smuggling in Jacumba.

Agent Fernandez was conducting static vehicle observation at the Jacumba gas station, a landmark known to Border Patrol Agents as "Echo". This location sits directly south of Interstate 8. At approximately 8:16 PM, Agent Fernandez observed a beige color Chevrolet Tahoe exit the eastbound lanes on Interstate 8 from Echo and merge back onto the westbound lanes of I-8. Agent Fernandez recognized this as being consistent with alien smuggling and relayed his observations to Agent Semerdjian. Agent Semerdjian conducted record checks on the vehicle which revealed it was registered out of Santa Ana, California. This raised Agent Semerdjian's suspicion, being that Santa Ana is approximately 117 miles away from Jacumba.

At approximately 8:25 PM, Agent Fernandez contacted dispatch and requested vehicle record checks. Record checks confirmed the Tahoe was registered out of Santa Ana, California with one prior Campo Border Patrol Station Immigration Checkpoint crossing on October 11, 2026.

Agent Semerdjian observed the Tahoe actively fluctuate speed and at multiple points move from the number one lane to the number two lane in an attempt to let him pass. Given the Tahoe's registration location, the Tahoe's quick east to west turn around at "echo", "echo's"

**CONTINUATION OF COMPLAINT:**
**Juan GARCIA**

close proximity to the border and quick egress to I-8, Campo Border Patrol checkpoint's nonoperational status, the Tahoe's similar time frame of travel from days prior, and the Tahoe's driving patterns, Agent Semerdjian believed the Tahoe was actively involved in alien smuggling. At approximately 8:32 PM, Agent Semerdjian conducted a vehicle stop which yielded near the Kitchen Creek Road exit. Agent Semerdjian approached the vehicle and noticed two individuals in the back seat later identified as Jose De Jesus LARA Valdez and Victor SALAS Cueto. Agent Semerdjian conducted and immigration inspection. LARA and SALAS stated they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At approximately 8:40 PM, Agent Semerdjian placed the driver, later identified as Juan GARCIA, along with LARA and SALAS under arrest.

Defendant Juan GARCIA was advised of his Miranda rights and stated that he understood his rights and was willing to speak without a lawyer present. GARCIA stated that an individual offered him $300 to pick up individuals and he agreed. GARCIA stated that he traveled from Santa Ana, California and picked up the individuals along Interstate 8.

Material witnesses Jose De Jesus LARA Valdez and Victor Daniel SALAS Cueto stated they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. Both stated smuggling arrangements were made prior to crossing and they were to pay between $5,000-16,000 USD if successfully smuggled into the United States. LARA and SALAS stated that they crossed illegally utilizing a ladder and harness. SALAS stated that the smuggler guided them north utilizing WhatsApp to a two-lane highway. SALAS stated that they waited there for several hours and were advised by the smuggler that a Tahoe would arrive to pick them up. Once the Tahoe arrived both LARA and SALAS stated that the driver handed them shirts and instructed them to put them on. LARA and SALAS did not identify anyone when they were shown a photographic lineup.